UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL MATHEWS,<br><br>        Plaintiff,<br><br>   v.<br><br>RESCUECOM CORPORATION and DAVID A. MILMAN,<br><br>        Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 05-4834 (JEI)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVELY TO TRANSFER VENUE, AND TRANSFERRING CASE TO THE NORTHERN DISTRICT OF NEW YORK**<br>**(Docket No. 10)** |

**APPEARANCES:**

OBERMAYER, REBMANN, MAXWELL & HIPPEL, LLP
By: Edmund M. George, Esq.
20 Brace Road, Suite 300
Cherry Hill, New Jersey 08034
       Counsel for Plaintiff Michael Mathews

CHERNOW KATZ, LLC
By: Harris J. Chernow, Esq.
721 Dresher Road - Suite 1100
Horsham, Pennsylvania 19044
       Counsel for Defendants Rescuecom Corporation and
       David A. Milman

Edmund J. Gegan, Esq.
Corporate Counsel, Rescuecom Corporation
2560 Burnet Avenue
Syracuse, New York 13206
       Counsel for Defendants Rescuecom Corporation and
       David A. Milman

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon the Motion of Defendants Rescuecom Corporation and David A. Milman to Dismiss the Complaint, or in the alternative, to Transfer Venue

1

to the District Court for the Northern District of New York, for the reasons set forth in an opinion issued by this Court, which findings of fact and conclusions of law are incorporated herein by reference, and for good cause appearing,

**IT IS** on this 16th day of February, 2006,

**ORDERED THAT**:

1. Defendants' Motion is **GRANTED** to the extent that it seeks a transfer of venue to the Northern District of New York pursuant to 28 U.S.C. § 1404(a) and **DENIED** to the extent that it seeks dismissal of the Complaint pursuant to Fed. R. Civ. P. 12 or 28 U.S.C. § 1406 for failure to lay venue in the proper district.

2. Defendant's Motion is **DENIED WITHOUT PREJUDICE** as to all other relief sought.

3. This action is hereby **TRANSFERRED** to the United States District Court for the Northern District of New York.

s/Joseph E. Irenas
JOSEPH E. IRENAS
Senior United States District Judge